UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND DIVISION

United States of America,　　　　　)　Case No. 17-0478 YGR
　　　　　　　　　　　　　　　　　)
　　　　Plaintiff,　　　　　　　　　)　STIPULATED ORDER EXCLUDING
　　　　　　　　　　　　　　　　　)　TIME UNDER THE SPEEDY TRIAL ACT
　v. Allan Rivers　　　　　　　　　)　**FILED**
　　　　　　　　　　　　　　　　　)
　　　　Defendant.　　　　　　　　)　SEP 14 2017

For the reason stated by the parties on the record on 9/14/17, the Court excludes time under the Speedy Trial Act from 9/14/17, to 9/28/17, and finds that the ends of justice served by the continuance outweigh the best interest of the public and the defendant in a speedy trial. *See* 18 U.S.C. § 3161(h)(7)(A). The Court makes this finding and bases this continuance on the following factors:

　　____ Failure to grant a continuance would be likely to result in a miscarriage of justice.
　　　　*See* 18 U.S.C. § 3161(h)(7)(B)(I).

　　____ The case is so unusual or so complex, due to *[circle applicable reasons]* the number of defendants, the nature of the prosecution, or the existence of novel questions of fact or law, that it is unreasonable to expect adequate preparation for pretrial proceedings or the trial itself within the time limits established by this section. *See* 18 U.S.C. § 3161(h)(7)(B)(ii).

　　____ Failure to grant a continuance would deny the defendant reasonable time to obtain counsel, taking into account the exercise of due diligence. *See* 18 U.S.C. § 3161(h)(7)(B)(iv).

　　____ Failure to grant a continuance would unreasonably deny the defendant continuity of counsel, given counsel's other scheduled case commitments, taking into account the exercise of due diligence. *See* 18 U.S.C. § 3161(h)(7)(B)(iv).

　　__X__ Failure to grant a continuance would unreasonably deny the defendant the reasonable time necessary for effective preparation, taking into account the exercise of due diligence. *See* 18 U.S.C. § 3161(h)(7)(B)(iv).

　　____ For the reasons stated on the record, it is further ordered that time is excluded under 18 U.S.C. § 3161(b) and waived with the consent of the defendant under Federal Rules of Criminal Procedure 5.1(c) and (d).

　　____ For the reasons stated on the record, it is further ordered that time is excluded under 18 U.S.C. § 3161(h)(1)(E)(F) for delay resulting from removal/transport of the defendant to another district.

**IT IS SO ORDERED.**

DATED: 9/14/17

　　　　　　　　　　　　　　　　　　　　　　_____
STIPULATED: _____　　　Kandis A. Westmore
　　　Attorney for Defendant　　　　　　　　United States Magistrate Judge

　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　Assistant United States Attorney